

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 7108 | **DATE** | 10/15/2001 |
| **CASE TITLE** | Michael J. Vallone et al. Vs. CNA Financial Corp. etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. On October 1, 2001, we directed defendant to furnish to the court various documents for in camera review, and it has done so. The motion to compel is granted as indicated and is otherwise denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | OCT 15 2001 date docketed | |
| ✓ | Docketing to mail notices. | | | 85 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING 01 OCT 15 AM 11: 10 | | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL J. VALLONE and )
JOYCE E. HEIDEMANN, and JAMES )
J. O'KEEFE, on behalf of themselves )
and all other plaintiffs similarly situated )
known and unknown, )
)
Plaintiffs, )
)
vs. ) No. 98 C 7108
)
CNA FINANCIAL CORPORATION, )
a/k/a CNA Casualty of Illinois, and )
The CONTINENTAL INSURANCE )
COMPANY, and all their subsidiaries, )
parent companies, partnerships, and )
corporations, )
)
Defendants. )

DOCKETED
OCT 1 5 2001

## MEMORANDUM OPINION AND ORDER

On October 1, 2001, we directed defendant to furnish to the court various documents for *in camera* review, and it has done so. The documents are from the files of Melvin Katzman, vice-president and associate general counsel and, with few exceptions, they are privileged or work product, or both. Most contain the handwritten editing of various documents by, presumably, the legal department, documents which, it appears, would have been published in a final form and have long since been furnished to plaintiffs in that form. A couple are lists of persons taking early retirement and Katzman was on the distribution list. Those may well not be privileged but are wholly irrelevant to the issues here. In one instance the attorneys for an employee complained that she almost qualified for VSRP, but did not quite, and therefore she was being discriminated against, and the defendant replied. Those two documents are not privileged (although not at all relevant), but the workup of how to

respond is privileged. And some deal with specific legal issues. In short, plaintiffs are entitled to but a few documents (and, we suggest, would not get any comfort from the others). The motion to compel is granted as indicated and is otherwise denied.

*James B. Moran*
JAMES B. MORAN
Senior Judge, U. S. District Court

Oct. 15, 2001.